COLUMBIAN NATIONAL LIFE INSURANCE COMPANY, APPELLEE, V. GUSTAV NIEBUHR, APPELLANT: MATTIE NIEBUHR ET AL., APPELLEES.

FILED JUNE 1, 1927. No. 24965.

APPEAL from the district court for Madison county: DE WITT C. CHASE, JUDGE. *Affirmed.*

*Willis E. Reed,* for appellant.

*T. B. Dysart* and *James Nichols, contra.*

Heard before GOSS, C. J., ROSE, DEAN, DAY, GOOD, THOMPSON and EBERLY, J.J.

PER CURIAM.

Affirmed on authority of (1) *Phillips v. Hunt, ante,* p. 395; *Klattenburg v. Qualsett,* 114 Neb. 18; (2) *Knox v. Lee,* 12 Wall. (U. S.) 457.